IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LOCAL UNION NO. 226 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OPEN END PENSION TRUST, et al., )))) | |
| Plaintiffs, ) | |
| v. ) | No. 12-CV-2384-DJW |
| WYRE, INC. and JAYHAWK POWER SYSTEMS, INC., ))) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon Stipulation of Dismissal filed by the parties in this action (ECF No. 30),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the above entitled cause be dismissed with prejudice with each party bearing their own costs in accordance with the terms of the Release and Settlement Agreement between the parties.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the Release and Settlement Agreement between the parties for purposes of enforcement of its terms.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

Date: July 24, 2013

{00204370;FMW11-174;CJA }